[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

_____

FILED
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT
JULY 6, 2007
THOMAS K. KAHN
CLERK

No. 06-16284
Non-Argument Calendar

_____

D. C. Docket No. 06-00079-CR-J-MCR

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

ERIC LEON REEVES,

Defendant-Appellant.

_____

Appeal from the United States District Court
for the Middle District of Florida

_____

**(July 6, 2007)**

Before ANDERSON, BARKETT and HILL, Circuit Judges

PER CURIAM:

Roland Falcon, appointed counsel for Eric Reeves in this direct criminal and

sentencing appeal, has moved to withdraw from further representation of the appellant and filed a brief pursuant to <u>Anders v. California</u>, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967).  Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct.  Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED**, Reeves's conviction is **AFFIRMED**, Reeves's sentencing appeal is **DISMISSED**, and Reeves's motion for appointment of counsel is **DENIED AS MOOT**.